UNITED STATES of America

v.

**Quintrell REYNOS, Appellant.**

No. 11–1398.

United States Court of Appeals,
Third Circuit.

Nov. 21, 2012.

Robert A. Zauzmer, Esq., Joseph T. Labrum, III, Esq., Office of United States Attorney, Philadelphia, PA, for United States of America.

William J. Winning, Esq., Megan S. Scheib, Esq., Cozen O'Connor, Philadelphia, PA, for Appellant.

Present: McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENWAY, JR., and VANASKIE, Circuit Judges.

### ORDER

Upon further consideration and argument, IT IS HEREBY ORDERED that *en banc* consideration was improvidently granted. Accordingly, the opinion and judgment entered May 22, 2012 for the above captioned case are hereby reinstated.

By the Court,

/s/ Theodore A. McKee
Chief Judge